FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLENA SANCHEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>USCC SERVICES, LLC,<br>a for-profit limited liability corporation,<br><br>                    Defendant. | No.   4:20-cv-05249-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation,

**IT IS HEREBY ORDERED**:

   **1.**   The parties' proposed Stipulated Protective Order, **ECF No. 11-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

   **2.**   The Clerk's Office is directed to **AMEND** the caption as follows:

ELLENA SANCHEZ,

                              Plaintiff,

v.

USCC SERVICES, LLC, a for-profit limited liability corporation,

                              Defendant.

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 28th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge