FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLENA SANCHEZ,<br><br>                     Plaintiff,<br><br>    v.<br><br>USCC SERVICES LLC, a for-profit limited liability corporation,<br><br>                     Defendant. | No.  4:20-cv-05249-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 22, 2022, the parties filed a stipulated dismissal, ECF No. 20. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation of Dismissal, **ECF No. 20**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

//

//

//

ORDER DISMISSING CASE – 1

//

//

**5.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2